IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09C442-1-MU

| | |
|---|---|
| KENNETH LEE FOSTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| CITY OF ASHEVILLE, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** comes before the Court upon Defendant's Motion to Extend Time for Response to Complaint and to Plaintiff's Request for Reconsideration (Doc. No. 13), filed March 4, 2010; and Plaintiff's Motion for Discovery (Doc. No. 8), filed February 17, 2010.

Defendant asserts that at all times material to the Complaint, he was acting within the scope of his employment as a member of the United States Drug Enforcement Administration (DEA) Task Force, and is therefore considered a federal agent entitled to 60 days from the date of service within which to answer or otherwise respond under the provisions of Rule 12(a)(3) of the Federal Rules of Civil Procedure.

Plaintiff has filed a motion asking the Court to reconsider the dismissal of his warrantless search claim. (Doc. No. 9). Defendant's response is due by March 8, 2010. Defendant has requested that his time to respond to Plaintiff's Motion for Reconsideration be extended to coincide with his response to the Complaint. For good cause shown, the Court will extend the deadline.

Plaintiff also has a Motion for Discovery pending before this Court. (Doc. No. 8.) Defendant has not yet filed an Answer and as such, Plaintiff's Motion for Discovery is premature and is dismissed.

**IT IS, THEREFORE, ORDERED** that:

1. Defendant's Motion to Extend Time for Response to Complaint and to Plaintiff's Request for Reconsideration (Doc. No. 13) is **GRANTED** and Defendant has up to and including April 5, 2010, in which to respond to the Complaint and to Plaintiff's Motion for Reconsideration; and

2. Plaintiff's Motion for Discovery (Doc. No. 8) is **DENIED** as premature.

Signed: March 9, 2010

Graham C. Mullen
United States District Judge