# United States District Court
# For The Western District of North Carolina
# Asheville Division

Kenneth Lee Foster,

    Plaintiff(s),	JUDGMENT IN A CIVIL CASE

vs.	1:09cv442

City of Asheville, et al,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered on 3/30/11;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 3/30/11 Order.

    Signed: March 30, 2011

Frank G. Johns, Clerk
United States District Court